Peter M. de Jonge (Utah SBN 7185)
Gordon K. Hill (California SBN 218999)
Jed H. Hansen (Utah SBN 10,679)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0753

Mark M. Bettilyon (Utah SBN 4798)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Glenn W. Peterson (California SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Telephone:  (916)  780-8222
Facsimile:  (916)  780-8775

Attorneys for Plaintiff, CYTOSPORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>PVL NUTRIENTS, LTD., a Canadian Company,<br><br>        Defendant. | Case No.: 2:09-CV-00655-WBS-DAD<br><br>**MOTION TO EXTEND DEADLINE FOR SERVING COMPLAINT AND APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;**<br><br>[**PROPOSED**] **ORDER EXTENDING DEADLINE TO SERVE COMPLAINT AND CONTINUING JOINT SCHEDULING CONFERENCE**<br>_____<br><br>Date:   June 29, 2009<br>Time:  2:00 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb |



# APPLICATION

By order dated March 10, 2009 [Document 5], this matter was scheduled for an Initial Scheduling Conference to be heard on June 29, 2009 at 2:00 p.m. That order was made upon Plaintiff's ex parte application dated March 27, 2009 [Document 7], in which we sought a 30-day continuance of the scheduling conference in order to continue settlement negotiations. The Plaintiff mailed the Defendant a courtesy copy of the Complaint on March 10, 2009. The Complaint has not been served upon the Defendant in order to give the parties an opportunity to resolve this matter without the Court's assistance. The parties have been in regular communication since the filing of the Complaint discussing various settlement opportunities. Settlement negotiations are continuing between the parties. Thus, we now seek an additional continuance of the scheduling conference in order to continue negotiations (and hopefully execution) of a settlement agreement. We also seek a 60-day extension of the time allotted under Fed.R.Civ.P. 4(m) to serve the Complaint, which would make the new deadline for serving the Complaint September 7, 2009.

While recognizing that we are in arrears of the court-ordered schedule, we believe that these circumstances warrant an additional postponement of the Pretrial Scheduling Conference, an extension of the deadline for serving the Complaint, and respectfully request that the Court order that the scheduling conference (currently set for June 29, 2009) be continued for approximately 60 days. We are hopeful that a voluntary dismissal will precede the new conference date.

DATED: June 15, 2009

**THORPE NORTH & WESTERN, L.L.P.**

**RAY QUINNEY & NEBEKER P.C.**
-and-
**MILLSTONE, PETERSON & WATTS, LLP**


By: /s/ Glenn W. Peterson
GLENN W. PETERSON
Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** *Attorneys at Law*
/s/ Glenn W. Peterson

2

## ORDER

Based upon the foregoing application, and good cause appearing, the deadline for serving the Complaint in this matter is extended to September 8, 2009, the Status (Pretrial Scheduling) Conference in this matter is continued to **November 16, 2009 at 2:00 p.m.**  If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than **fourteen (14) days** prior to the conference date.

**SO ORDERED.**

DATED  JUNE 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE