**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PVL NUTRIENTS, LTD., a Canadian Company,<br><br>Defendant. | Case No. 2:09-CV-00655-WBS-DAD<br><br>**[~~PROPOSED~~] ORDER MODIFYING PRETRIAL DATES**<br><br>Honorable William B. Shubb |

**The Court, having reviewed the stipulation of the parties, and good cause appearing therefor, the pretrial dates in this case are hereby modified as follows:**

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Disclose Experts and Produce Reports in accordance with FRCP 26(a)(2): | 6/4/10 | 9/2/10 |
| Rebuttal Expert Reports in accordance with FRCP 26(a)(2): | 7/2/10 | 9/30/10 |
| All Discovery Completed: | 9/17/10 | 12/16/10 |
| All Motions to Compel Discovery: | 9/17/10 | 12/16/10 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| All motions, except motions for continuances, temporary restraining orders, or other emergency applications: | 10/4/10 | 1/31/11 |
| Final Pretrial Conference | 12/13/10 | **3/21/2011 at 2:00 pm** |
| Trial | 2/23/10 | **6/7/2011 at 9:00 am** |

**IT IS SO ORDERED:**

DATED June 7, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE