1  Peter M. de Jonge (Utah SBN 7185)
   Jed H. Hansen (Utah SBN 10,679)
2  **THORPE NORTH & WESTERN, LLP**
   8180 South 700 East, Suite 200
3  Sandy, Utah 84070
   Telephone: (801) 566-6633
4  Facsimile: (801) 566-0753

5  Mark M. Bettilyon (Utah SBN 4798)
   **RAY QUINNEY & NEBEKER**
6  36 South State Street, Suite 1400
   Salt Lake City, Utah 84111
7  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
8
   Glenn W. Peterson (California SBN 126173)
9  **MILLSTONE PETERSON & WATTS, LLP**
   *Attorneys at Law*
10 2267 Lava Ridge Court, Suite 210
   Roseville, CA  95661
11 Telephone:  (916)  780-8222
   Facsimile:  (916)  780-8775
12
   Attorneys for Plaintiff, CYTOSPORT, INC.
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CYTOSPORT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PVL NUTRIENTS, LTD., a Canadian Company,<br><br>Defendant. | Case No.: 2:09-CV-00655-WBS-DAD<br><br>**ORDER OF DISMISSAL** |
|---|---|

Pursuant to the Stipulated Motion for Entry of Stipulated Dismissal, Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Settlement Agreement between the parties, and good cause appearing,

/ / /

/ / /



[PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY ORDERED that this action and all claims and counterclaims asserted therein are dismissed with prejudice. The Court shall retain jurisdiction over this matter solely for the purpose of enforcing the terms of the parties' Settlement Agreement.

SIGNED this fifth day of November, 2010

BY THE COURT:

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL